UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Criminal Action No. 5: 22-003-DCR |
| | ) | and |
| V. | ) | Civil Action No. 5: 22-310-DCR |
| | ) | |
| DONALD WOODROE KISER, III, | ) | **JUDGMENT** |
| | ) | |
| Defendant/Movant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows: .

1. Defendant/Movant Donald Woodroe Kiser's motion to vacate, correct, or set aside his sentence pursuant to 28 U.S.C. § 2255 [Record No. 53] is **DENIED**. His claims are **DISMISSED**, with prejudice.

2. Judgment is entered in favor of Plaintiff/Respondent United States of America with respect to all issues raised in this proceeding.

3. The movant/defendant's collateral proceeding is **DISMISSED** and **STRICKEN** from the docket.

4. A Certificate of Appealability will not issue.

5. The Clerk of the Court is directed to transmit a copy of this Judgment and the corresponding Memorandum Opinion and Order to the movant/defendant.

- 2 -

Dated: April 14, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky